963 F.2d 1522
 59 Fair Empl.Prac.Cas. (BNA) 864
 Lawrence
v.
Baker
 NOS. 91-6219, 91-6285
 United States Court of Appeals,
Second Circuit.
 Apr 22, 1992
 
 1
 Appeal From: N.D.N.Y.
 
 
 2
 AFFIRMED.
 
 
 3
 Federal Reporter. The Second Circuit provides by rule for
 
 
 4
 disposition by summary order when a decision is unanimous
 
 
 5
 and each judge believes that 'no jurisprudential purpose
 
 
 6
 would be served by a written opinion.' Decisions without
 
 
 7
 formal opinions 'shall not be cited or otherwise used in
 
 
 8
 unrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)